UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA HASKELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C05-5036JKA<br><br><br><br><br>ORDER |

   Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the Appeals Council to issue a fully favorable step three determination, adopting the opinion of the medical expert, Dr. Kooiker, that Plaintiff meets listing 12.08.

   DATED this 27th day of September, 2005.

                                        /s/ J. Kelley Arnold

Page 1         ORDER - [C05-5036JKA]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov

Page 2            ORDER - [C05-5036JKA]