UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA HASKELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C05-5036JKA<br><br><br><br><br>ORDER |

　　　Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,271.80, costs in the amount of $13.75, and expenses in the amount of $18.60, should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

　　　DATED this 18th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　ORDER- [C05-5036JKA]

1
2   Presented by:
3
4   s/ Daphne Banay
    Daphne Banay
5   Special Assistant U.S. Attorney
    Attorney for Defendant
6   701 Fifth Ave, Ste 2900, M/S 901
    Seattle, WA   98104-7075
7   Phone:  206-615-2113
    Fax:      206-615-2531
8   daphne.banay@ssa.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Page 2       ORDER- [C05-5036JKA]